UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No. 2:18-cv-02498-JAM-KJN<br><br>**ORDER GRANTING *EX PARTE* APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO LATER THAN 28 DAYS (L.R. 144)** |

WHEREAS Defendant BMW of North America, LLC ("BMW NA") filed an *ex parte* application requesting an extension of time to respond to the initial complaint from September 21, 2018 to October 19, 2018 and good cause appearing therefor,

IT IS HEREBY ORDERED THAT BMW NA's *ex parte* application is GRANTED. BMW NA's time to respond to the initial complaint is hereby extended from September 21, 2018 until October 19, 2018.

DATED: September 24, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING EX PARTE APPLICATION

DB2/ 34709653.1