UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MILLER, | No. 2:18-cv-02498-JAM-KJN |
| Plaintiff, | |
| v. | ORDER |
| BMW OF NORTH AMERICA, LLC, | |
| Defendant. | |

An informal telephonic discovery conference was held on June 13, 2019, at 2:00 p.m., before the undersigned. Appearing telephonically were Larry Chae on behalf of plaintiff and Garrick Chan and Raymond Collins on behalf of defendant.

The court previously ordered defendant "to provide responses to plaintiff's requests for production concerning defendant's internal investigations (and related documents) into the same issue in other 2013 7-Series vehicles with the same engine . . . subject to further meet and confer efforts between the parties, keeping in mind that this is a single-vehicle, lemon law case." (ECF No. 24.) After a break-down in the meet and confer efforts, the parties reached out to the court to resolve their disputes. After considering the parties' joint letter brief (ECF No. 26), and oral arguments during the conference, IT IS HEREBY ORDERED that:

1. The parties shall meet and confer to reach an agreement regarding the search terms to be used while searching BMW's internal databases. Importantly, the search shall not

be limited to California, but shall be nationwide.

2. Within thirty (30) days of this order, defendant shall provide plaintiff with supplemental responses, based upon the agreed upon search terms, with an understanding that the parties shall work together to modify the search terms as needed.

3. Defendant BMW NA shall coordinate with its parent company BMW AG in order to provide responsive information and documentation without the necessity of further court orders.

IT IS SO ORDERED.

Dated: June 14, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/Miller v. BMW.2498.inform disc dispt order