UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD MILLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 2:18-cv-02498-JAM-KJN<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF AND DISCLOSURE OF EXPERT WITNESSES**<br><br>Final Pre-Trial Conference:　February 28, 2020<br><br>Trial:　April 6, 2020<br><br>Judges:　Hon. John A Mendez and Magistrate Judge Kendall J. Newman |

Plaintiff Clifford Miller ("Plaintiff") and Defendant BMW of North America, LLC ("BMW NA"), through their counsel, hereby stipulate and agree as follows:

1. Plaintiff filed a Complaint ("Complaint") in the matter captioned Miller v. BMW of North America, LLC on August 6, 2018 in the Superior Court of the State of California, County of Sacramento. The complaint was served upon BMW NA on August 15, 2018. Thereafter, BMW NA removed the matter to Federal Court on September 13, 2018.

2. Per the January 1, 2019 Status Order (ECF No. 20 and hereinafter "Status Order"), all discovery shall be completed by October 25, 2019.

3. Per the Status Order, the parties shall make expert witness disclosures under Fed. R. Civ. P. 26(a)(2) by August 23, 2019. Supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) shall be made by September 6, 2019.

4. The parties, through their respective counsel of record, have agreed to extend the discovery cut-off and expert witness disclosures dates above to the following:

- November 8, 2019 – Expert Witness Disclosures
- November 22, 2019 – Supplemental Disclosure and Rebuttal Experts Disclosure
- December 6, 2020 – Discovery Cut-off

**IT IS SO ORDERED.**

DATED: 8/5/2019

/s/ John A. Mendez_____
THE HONORABLE JOHN A MENDEZ
U.S. DISTRICT COURT JUDGE