**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLIFFORD MILLER,<br><br>        Plaintiff,<br><br> vs.<br><br>BMW OF NORTH AMERICA, LLC, *et al.*,<br><br>       Defendant(s). | Case No.: 2:18-CV-02498-JAM-KJN<br><br>Action Filed: August 10, 2018<br>Removed:  September 13, 2018<br>Trial Date: *Pending*<br><br>**ORDER OF DISMISSAL WITH PREJUDICE (PURSUANT TO FED. R. CIV. PROC. RULE 41)** |

   Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure, Rule 41(a), IT IS ORDERED THAT THIS ACTION (*Miller v. BMW of North America, LLC,* Case No. 2:18-CV-02498-JAM-KJN) BE, AND HEREBY IS, Dismissed with Prejudice as to all causes of action asserted in the Complaint, with each party bearing its own attorney's fees and costs.

   IT IS SO ORDERED.


DATED: October 25, 2019      /s/ John A. Mendez_____

                  Hon. John A. Mendez
                  United States District Court Judge